JS-6

Raymond E. Hane III, (SBN 149960)
E-mail: rhane@bwslaw.com
Jonathan L. Brophy, (SBN 245223)
E-mail: jbrophy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendant
Wal-Mart Stores, Inc.

FILED
CLERK, U.S. DISTRICT COURT
JAN -3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV10-9416-R

| | |
|---|---|
| KEASHA ALAIMALO,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. CV10-9416-R (JEMx)<br><br>Assigned to Judge Manuel L. Real<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by Plaintiff Keasha Alaimalo and Defendant Wal-Mart Stores, Inc., on December 29, 2010, the COURT hereby ORDERS that the above entitled action be DISMISSED with prejudice.

Dated: Jan. 3, 2011

_____
The Honorable Manuel L. Real
United States District Court Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4815-0966-2472 v1

[PROPOSED] ORDER FOR DISMISSAL
WITH PREJUDICE